UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. MURRAY and
SHAWNEEN D. MURRAY,

    Plaintiffs,                                  CASE NOs.   06-13327
                                                          06-13330
v.                                                         HON.  LAWRENCE  P.  ZATKOFF

FIFTH THIRD MORTGAGE-MI, L.L.C.,
FEDERAL HOME LOAN MORTGAGE
CORPORATION, ORLANS, P.C., and
SUSAN MYERS,

    Defendants.
_____/

**ORDER OF DISMISSAL**

        On July 24, 2006, Plaintiffs, acting in pro per, filed Case Nos. 06-13327 and 06-13330 in this Court. Defendants have filed a Motion to Dismiss in each case. On October 3, 2006, the Court noted that Plaintiffs have not filed a response to Defendants' Motions to Dismiss in Case Nos. 06-13327 and 06-13330. As more than 21 days had elapsed since Defendants filed their Motions to Dismiss and Plaintiffs had not yet responded to the Motions, the Court issued Plaintiffs an ORDER TO SHOW CAUSE, in writing, no later October 13, 2006, as to why Case Nos. 06-13327 and 06-13330 should not be dismissed for failure to prosecute. The Court also instructed Plaintiffs that if they desired to file a response to the Defendants' Motions to Dismiss, a response had to be filed by October 13, 2006. The Court further instructed Plaintiffs that the failure to file responses could be considered a failure to prosecute and result in the dismissal of Case Nos. 06-13327 and 06-13330, with prejudice.

        As of the date of this Order (which is over a month after Plaintiffs' responses to the Order

to Show Cause and Motions to Dismiss were due), Plaintiffs have failed to file anything with the Court. As a result of Plaintiffs' failure to prosecute their cases, as well as the failure to follow an Order of the Court, the Court hereby DISMISSES, WITH PREJUDICE, Case Nos. 06-13327 and 06-13330. Judgment shall be entered accordingly.

    IT IS SO ORDERED.

                          s/Lawrence P. Zatkoff
                          LAWRENCE P. ZATKOFF
                          UNITED STATES DISTRICT JUDGE

Dated: November 20, 2006

### CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 20, 2006.

                          s/Marie E. Verlinde
                          Case Manager
                          (810) 984-3290